[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-15043

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 22, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-0072 CR-ORL-31-KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

VERN SHELTON,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 22, 2006)

Before ANDERSON, DUBINA and HILL, Circuit Judges.

PER CURIAM:

After a full and superb oral argument, and careful consideration, and in light

of the very similar precedent of <u>United States v. Williams</u>, 435 F.3d 1350 (11th Cir. 2006), we readily conclude that the conviction and sentence are due to be affirmed.

AFFIRMED.